No. 93–5285. FORTNER v. DUGGER, SUPERINTENDENT, PUT-
NAM CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir.
Certiorari denied.

No. 93–5286. HALEY v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 93–5287. WILLIAMS ET VIR v. TRUMBAUER ET AL. Super.
Ct. Pa. Certiorari denied.

No. 93–5289. DEVANEY v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 93–5291. ALLEN v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 93–5293. WARD v. MARYLAND. Cir. Ct. Wicomico County,
Md. Certiorari denied.

No. 93–5295. ATHERTON v. VIRGINIA. Ct. App. Va. Certio-
rari denied.

No. 93–5296. YARRITO v. COLLINS, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 93–5297. JOHNSON v. BROWN, SECRETARY OF VETERANS
AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–5298. HARKER v. STATE USE INDUSTRIES ET AL.
C. A. 4th Cir. Certiorari denied.

No. 93–5300. HALEY v. BORG, WARDEN, ET AL. C. A. 9th Cir.
Certiorari denied.

No. 93–5303. MARTINEZ v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 93–5304. OKAYFOR v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 93–5305. PHILLIPS v. SOLO/DISCOVERY ET AL. Sup. Ct.
Va. Certiorari denied.